UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 20-10017-LTS |
| | ) | |
| TYKEI HALLMAN, | ) | |
| Defendant. | ) | |

DISMISSAL OF TYKEI HALLMAN FROM THE INDICTMENT

Pursuant to Fed. R. Crim. P. 48(a), the United States Attorney for the District of Massachusetts hereby dismisses Tykei Hallman from the Indictment in this matter, charging him with robbery in violation of 18 U.S.C. § 1951, and using and carrying a firearm during a crime of violence, in violation of 18 U.S.C. § 924(c)(1)(A)(ii). In support of this dismissal, the government states that the dismissal is in the interests of justice.

Respectfully submitted,

December 8, 2021
Date

NATHANIEL R. MENDELL
Acting United States Attorney

KENNETH G. SHINE
Assistant U.S. Attorney

Leave to File Granted:

_____
Leo T. Sorokin, District Judge
United States District Court